IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00044-BNB

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED, (ADX Medical dept.),
A. OSAGIE, (ADX Medical dept.),
M. SMITH, (ADX Medical dept.),
SHENG MO, (ADX Medical dept.),
S. KELLER, (ADX Medical dept.),
R. CAMACHO, (ADX Medical dept.),
B. CINK, (ADX Medical dept.),
DR. VINCENT YU,
UNKNOWN ADX PHARMACIST,
UNKNOWN LOCAL UROLOGIST, and
UNKNOWN ADX UTILIZATION COMM. MEMBERS, in their official and individual
    capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 24 2011

GREGORY C. LANGHAM
                  CLERK

---

ORDER DENYING MOTION FOR INJUNCTIVE RELIEF

---

This matter is before the Court on the motion for a temporary restraining order and preliminary injunction that Plaintiff, Timothy S. Tuttamore, filed *pro se* with the Court on January 7, 2011. Mr. Tuttamore is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He complains about his ongoing medical treatment and asks to be evaluated by specialists. He specifically alleges that he suffers from a swollen and painful left testicle and is being denied the opportunity to consult with a urologist who is a specialist in dealing with such medical

conditions. He also asserts claims concerning his medical condition and treatment.

The Court must construe the motion liberally because Mr. Tuttamore is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the motion will be denied.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Similarly, a party seeking a temporary restraining order must demonstrate clearly, with specific factual allegations, that immediate and irreparable injury will result unless a temporary restraining order is issued. *See* Fed. R. Civ. P. 65(b).

A preliminary injunction is an extraordinary remedy and "the primary goal of a preliminary injunction is to preserve the pre-trial status quo." *RoDa Drilling Co. v. Siegal*, 552 F.3d 1203, 1208 (10th Cir. 2009). Therefore, "courts should be especially cautious when granting an injunction that requires the nonmoving party to take affirmative action - a mandatory preliminary injunction - before a trial on the merits occurs." *Id.* Because Mr. Tuttamore is seeking a mandatory preliminary injunction that seeks to alter the status quo, he must make a heightened showing of the four factors listed above. *See id.* at 1209.

Mr. Tuttamore does not demonstrate a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury if no preliminary injunction is issued, that his threatened injuries outweigh whatever damage the proposed injunction may cause the opposing party, or that a preliminary injunction would not be adverse to the public interest. Therefore, the motion for a temporary restraining order and preliminary injunction will be denied. Accordingly, it is

ORDERED that the motion for a temporary restraining order and preliminary injunction (document number 5) that Plaintiff, Timothy S. Tuttamore, filed with the Court on January 7, 2011, is denied.

DATED at Denver, Colorado, this __24th__ day of ___January___, 2011.

BY THE COURT:


___s/Lewis T. Babcock___
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00044-BNB

Timothy S. Tuttamore
Reg. No. 43018-060
Florence ADX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 24, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk