IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00044-BNB

TIMOTHY S. TUTTAMORE,

        Plaintiff,

v.

DR. ALLRED, (ADX Medical dept.),
A. OSAGIE, (ADX Medical dept.),
M. SMITH, (ADX Medical dept.),
SHENG MO, (ADX Medical dept.),
S. KELLER, (ADX Medical dept.),
R. CAMACHO, (ADX Medical dept.),
B. CINK, (ADX Medical dept.),
DR. VINCENT YU,
UNKNOWN ADX PHARMACIST,
UNKNOWN LOCAL UROLOGIST, and
UNKNOWN ADX UTILIZATION COMM. MEMBERS, in their official and individual
        capacities,

        Defendants.

---

## ORDER ALLOWING PLAINTIFF TO PROCEED
## WITHOUT PAYMENT OF AN INITIAL PARTIAL FILING FEE

---

Pursuant to the Court's January 20, 2011, Amended Order Granting Leave to
Proceed Pursuant to 28 U.S.C. §1915, Plaintiff filed an updated inmate account
statement to show cause why he has no assets and no means by which to pay the
designated initial partial filing fee.  Based on the updated account statement that he
submitted to the Court on January 21, 2011, the Court finds that Plaintiff is unable to
pay an initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1).

Section 1915 requires a prisoner bringing a civil action "to pay the full amount of

a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because Plaintiff's trust fund account statement indicates that he has insufficient funds in his inmate account to pay an initial partial filing fee and that he has no other available assets, Plaintiff may proceed in this action without payment of an initial partial filing fee. The Court will proceed to review Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine whether it is frivolous or malicious, or seeks monetary relief against a defendant who is immune from such relief.

Although he need not pay an initial partial filing fee, Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this Order. Accordingly, it is

ORDERED that Plaintiff may proceed in this action without payment of an initial partial filing fee. Plaintiff remains obligated to pay the full amount of the required $350.00 filing fee pursuant to 28 U.S.C. § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Plaintiff shall make monthly payments to the Court of twenty percent of the preceding month's income credited to his account or show cause why he has no assets and no means by

2

which to make each monthly payment. Plaintiff is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this Order. Plaintiff must file a current certified copy of his trust fund account statement to show cause. It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate monthly payment sent to the Clerk of the Court each month or to show cause each month, as directed above, why he has no assets and no means by which to make the monthly payment the Complaint may be dismissed without further notice. It is

FURTHER ORDERED that, to the extent Plaintiff's Motion to Reconsider Docket # 3, 4, and 5 (doc. no. 14) filed on January 21, 2011, requests the reconsideration of the January 14, 2011, order (doc. no. 12) denying the Motion to Immediately Conduct/Compel a Limited Discovery (doc no. 3) and the Motion for Appointment of Counsel (doc no. 4), the motion to reconsider is denied. It is

FURTHER ORDERED that, to the extent Plaintiff's Motion to Reconsider Docket # 3, 4, and 5 (doc. no. 14) filed on January 21, 2011, requests the reconsideration of the January 14, 2011, order (doc. no. 12) denying Plaintiff's Motion for a TRO and/or Preliminary Injunction (doc no. 5), the motion to reconsider is denied as moot because the Court entered an amended order (doc. no. 13) on January 20, 2011, vacating the January 14 order denying Plaintiff's motion for injunctive relief. It is

FURTHER ORDERED that process shall not issue until further order of the Court. It is

**FURTHER ORDERED that the Court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt Plaintiff may owe in a prior action or actions if Plaintiff fails to stay current**

3

**with his payment obligations in the prior action or actions.**

DATED January 31, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00044-BNB

Timothy S. Tuttamore
Reg. No. 43018-060
Florence ADX
PO Box 8500
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 31, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk