IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00044-BNB

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED, (ADX Medical dept.),
A. OSAGIE, (ADX Medical dept.),
M. SMITH, (ADX Medical dept.),
SHENG MO, (ADX Medical dept.),
S. KELLER, (ADX Medical dept.),
R. CAMACHO, (ADX Medical dept.),
B. CINK, (ADX Medical dept.),
DR. VINCENT YU,
UNKNOWN ADX PHARMACIST,
UNKNOWN LOCAL UROLOGIST, and
UNKNOWN ADX UTILIZATION COMM. MEMBERS, in their official and individual
    capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 2 2011

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Objection to Mag. Bolands [sic] Jan. 14, 2011 decisions" filed by Plaintiff, Timothy Tuttamore, on January 27, 2011.

Mr. Tuttamore objects to Magistrate Judge Boyd N. Boland's order to cure entered on January 14, 2011. The Court will construe the objection liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that

the magistrate judge's order is clearly erroneous or contrary to law.

Magistrate Judge Boland's January 14 order was replaced by an amended order entered on January 20, 2011. The amended order vacated the January 14 order to the extent it denied Mr. Tuttamore's "Motion for TRO and/or Preliminary Injuction [sic]." Therefore, Mr. Tuttamore's objection to Magistrate Judge Boland's denial of his motion for injunctive relief is moot. The remainder of Magistrate Judge Boland's rulings in his January 14 order, granting Mr. Tuttamore leave to proceed pursuant to 28 U.S.C. § 1915, is neither clearly erroneous nor contrary to law. Mr. Tuttamore's liberally construed objection will be overruled.

Accordingly, it is

ORDERED that the document titled "Objection to Mag. Bolands [sic] Jan. 14, 2011 decisions" that Plaintiff, Timothy Tuttamore, submitted to and filed with the Court *pro se* on January 27, 2011, is overruled.

DATED at Denver, Colorado, this __2nd__ day of ___February___, 2011.

BY THE COURT:


                         s/Lewis T. Babcock
                         LEWIS T. BABCOCK
                         Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00044-BNB

Timothy S. Tuttamore
Reg. No. 43018-060
Florence ADX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 2, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk