IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00044-BNB

TIMOTHY S. TUTTAMORE,

        Plaintiff,

v.

DR. ALLRED, (ADX Medical Dept.),
A. OSAGIE, (ADX Medical Dept.),
M. SMITH, (ADX Medical Dept.),
SHENG MO, (ADX Medical Dept.),
S. KELLER, (ADX Medical Dept.),
R. CAMACHO, (ADX Medical Dept.),
B. CINK, (ADX Medical Dept.),
DR. VINCENT YU,
UNKNOWN ADX PHARMACIST,
UNKNOWN LOCAL UROLOGIST, and
UNKNOWN ADX UTILIZATION COMM. MEMBERS, in their official and individual
      capacities,

        Defendants.

## ORDER TO CURE DEFICIENCY

Boland, Magistrate Judge

      Plaintiff submitted a Notice of Appeal on February 1, 2011 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following deficiencies if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
           is missing affidavit

   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
   __   is missing required financial information
   __   is missing an original signature by the prisoner
   __   is not on proper form (must use the court's current form)
   __   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order the court of appeals will be so notified.

Dated February 2, 2011.

                                          BY THE COURT:

                                           s/ Boyd N. Boland
                                          United States Magistrate Judge