IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00044-BNB

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED, (ADX Medical dept.),
A. OSAGIE, (ADX Medical dept.),
M. SMITH, (ADX Medical dept.),
SHENG MO, (ADX Medical dept.),
S. KELLER, (ADX Medical dept.),
R. CAMACHO, (ADX Medical dept.),
B. CINK, (ADX Medical dept.),
DR. VINCENT YU,
UNKNOWN ADX PHARMACIST,
UNKNOWN LOCAL UROLOGIST, and
UNKNOWN ADX UTILIZATION COMM. MEMBERS, in their official and individual
    capacities,

    Defendants.

---

### ORDER OVERRULING OBJECTION

---

This matter is before the Court on the motions titled "Verified Showing of Cause: Motion Requesting to Proceed Pursuant to 28 U.S.C. § 1915 Without Any Prepayment/Payment Due to Indigency" (docket no. 15) and "Verified Motion to Reconsider the Magistrates [sic] 1-31-2011 Order Allowing Plaintiff to Proceed Without Payment of an Initial Partial Filing Fee" (docket no. 25) submitted by Plaintiff, Timothy Tuttamore, *pro se* on January 21 and February 10, 2011, respectively.

In his "Verified Showing of Cause: Motion Requesting to Proceed Pursuant to 28 U.S.C. § 1915 Without Any Prepayment/Payment Due to Indigency" (docket no. 15), Mr. Tuttamore apparently objects to the orders granting him leave to proceed pursuant

to 28 U.S.C. § 1915, requiring him to pay the full $350.00 filing fee regardless of the outcome of this lawsuit, and requiring him to make monthly partial filing fee payments until the $350.00 fee is paid in full, or to show cause why he has no assets and no means by which to make each monthly payment. He contends that Magistrate Judge Boland is aware from his prior lawsuits that he is indigent. In his "Verified Motion to Reconsider the Magistrates [sic] 1-31-2011 Order Allowing Plaintiff to Proceed Without Payment of an Initial Partial Filing Fee" (docket no. 25), Mr. Tuttamore objects to Magistrate Judge Boland's order of January 31, 2011, granting him leave to proceed pursuant to § 1915 without payment of an initial partial filing fee, requiring him to pay the full $350.00 filing fee regardless of the outcome of this lawsuit, and requiring him to make monthly partial filing fee payments until the $350.00 fee is paid in full, or to show cause why he has no assets and no means by which to make each monthly payment.

The Court will construe these two motions liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

Mr. Tuttamore objects to Magistrate Judge Boland's rulings concerning his leave to proceed pursuant to 28 U.S.C. § 1915. The Court concludes that Magistrate Judge Boland's rulings are neither clearly erroneous nor contrary to law. Therefore, Mr. Tuttamore's liberally construed objection will be overruled.

This matter also is before the Court on the motion titled "Motion for this Court to amend it's [sic] preliminary record, and to use Doc. # 10 for the motion to leave to

proceed on appeal pursuant to 28 USC 1915 and Fed. R. App. P. 24 and to allow leave of court to appeal pursuant to Rule 54 and 62" (docket no. 26) filed on February 10, 2011. To the extent the February 10 motion seeks to use the 28 U.S.C. § 1915 motion (document no. 10) as the § 1915 motion to proceed on appeal, the motion will be denied as moot because Mr. Tuttamore submitted a motion to proceed on appeal pursuant to § 1915 (document no. 27) on February 17, 2011. To the extent to the February 10 motion seeks the Court's permission to appeal the decisions denying his "Motion to Immediately Conduct/Compel a Limited Discovery" (document no. 3), "Motion for Appointment of Counsel" (document no. 4), and "Motion for TRO and/or Preliminary Injuction [sic]" (document no. 5), the February 10 motion will be denied as unnecessary. Mr. Tuttamore already appealed these decisions in his February 1, 2011, notice of appeal.

Mr. Tuttamore's filing of unnecessary motions is delaying the Court's review of the claims asserted in his complaint, and he is directed to stop filing such motions.

Accordingly, it is

ORDERED that the motions titled "Verified Showing of Cause: Motion Requesting to Proceed Pursuant to 28 U.S.C. § 1915 Without Any Prepayment/Payment Due to Indigency" (docket no. 15) and "Verified Motion to Reconsider the Magistrates [sic] 1-31-2011 Order Allowing Plaintiff to Proceed Without Payment of an Initial Partial Filing Fee" (docket no. 25) are construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and the objection is overruled. It is

FURTHER ORDERED that the motion titled "Motion for this Court to amend it's [sic] preliminary record, and to use Doc. # 10 for the motion to leave to proceed on appeal pursuant to 28 USC 1915 and Fed. R. App. P. 24 and to allow leave of court to

appeal pursuant to Rule 54 and 62" (docket no. 26) is denied as follows:

•To the extent the February 10 motion seeks to use the 28 U.S.C. § 1915 motion (document no. 10) as the § 1915 motion to proceed on appeal, the motion is denied as moot because Mr. Tuttamore submitted a motion to proceed on appeal pursuant to § 1915 (document no. 27) on February 17, 2011;

•To the extent to the February 10 motion seeks the Court's permission to appeal the decisions denying his "Motion to Immediately Conduct/Compel a Limited Discovery" (document no. 3), "Motion for Appointment of Counsel" (document no. 4), and "Motion for TRO and/or Preliminary Injuction [sic]" (document no. 5), the February 10 motion is denied as unnecessary. Mr. Tuttamore already appealed these decisions in his February 1, 2011, notice of appeal. It is

FURTHER ORDERED that Mr. Tuttamore is cautioned that his filing of unnecessary motions is delaying the Court's review of the claims asserted in his complaint, and he is directed to stop filing such motions.

DATED at Denver, Colorado, this 17th day of March, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00044-BNB

Timothy S. Tuttamore
Reg. No. 43018-060
Florence ADX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 17, 2011.

                                GREGORY C. LANGHAM, CLERK

By:_____
                     Deputy Clerk