FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 14 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00044-BNB

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

DR. ALLRED, (ADX Medical dept.),
A. OSAGIE, (ADX Medical dept.),
M. SMITH, (ADX Medical dept.),
SHENG MO, (ADX Medical dept.),
S. KELLER, (ADX Medical dept.),
R. CAMACHO, (ADX Medical dept.),
B. CINK, (ADX Medical dept.),
DR. VINCENT YU,
UNKNOWN ADX PHARMACIST,
UNKNOWN LOCAL UROLOGIST, and
UNKNOWN ADX UTILIZATION COMM. MEMBERS, in their official and individual
    capacities,

    Defendants.

## ORDER OVERRULING OBJECTION

This matter is before the Court on Plaintiff, Timothy Tuttamore's, "Motion to Reconsider the Magistrate [Judge's] 'Order to File Amended Complaint'" (docket no. 35) filed *pro se* on April 11, 2011. The Court must construe Mr. Tuttamore's filings liberally because he is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110.

The Court will construe the motion to reconsider liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

In his motion to reconsider, Mr. Tuttamore objects to the March 28, 2011, order to file an amended complaint. He argues that his thirty-seven-page "'Verified' Prisoner Complaint," which includes a nineteen-page, single-spaced discussion of the nature of the case as a prelude to the three claims he asserts concerning his medical treatment and fifty-three pages of attached exhibits (docket no. 1), complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. It does not. Magistrate Judge Boyd N. Boland's March 28 order is neither clearly erroneous nor contrary to law. Therefore, Mr. Tuttamore's liberally construed objection will be overruled.

The motion for extension of time (docket no. 36) to file the amended complaint that Mr. Tuttamore also submitted to and filed with the Court on April 11 will be granted. This is the only extension of time to file the amended complaint that Mr. Tuttamore will be allowed.

Accordingly, it is

ORDERED that the "Motion to Reconsider the Magistrate [Judge's] 'Order to File Amended Complaint'" (docket no. 35) that Plaintiff, Timothy Tuttamore, submitted to and filed with the Court *pro se* on April 11, 2011, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and the objection is overruled. It is

FURTHER ORDERED that the "Motion for extention [sic] of time" (docket no. 36) that Mr. Tuttamore also submitted to and filed with the Court on April 11, 2011, is granted for **thirty (30) days only**. It is

FURTHER ORDERED that this is the only extension of time to file the amended

2

complaint that Mr. Tuttamore will be granted.

DATED at Denver, Colorado, this __14th__ day of ___April___, 2011.

BY THE COURT:


___s/Lewis T. Babcock___
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00044-BNB

Timothy S. Tuttamore
Reg. No. 43018-060
Florence ADX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 14, 2011.

                                           GREGORY C. LANGHAM, CLERK

                                           By: _____
                                                        Deputy Clerk